**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____Panama City_____ **DIVISION**

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

_____Javeed Attique Qamar_____,

(Enter full name of Plaintiff(s))

vs.

CASE NO: 5:12cv1-RS-EMT
(To be assigned by Clerk)

_____Central Intelligence Agency_____,
_____Bay County Jail_____,
_____Bay County Sheriff's Office_____,
_____Tom Webber (former PCBPD Officer)_____,
_____Dr. Ronald D. Lippmann (jail DO)_____.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)      _____James Lee Spann_____.

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.   PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff:   Javeed Attique Qamar

Mailing address:   4392b Clinton St.

Marianna, FL 32446

**II.   DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name:   Central Intelligence Agency
Official position:   NA
Employed at:   NA
Mailing address:   Office of Public Affairs
Washington, D.C. 20505

(2) Defendant's name:   Bay County Jail
Official position:   NA
Employed at:   NA
Mailing address:   5700 Star Ln
Panama City, FL 32404

(3) Defendant's name:   James Lee Spann
Official position:   Unknown
Employed at:   Unknown
Mailing address:   1338 E Park Road
Panama City, FL 32404

(4) Defendant's name:   Tom Webber
Official position:   Former Investigator
Employed at:   Panama City Beach PD
Mailing address:   Unknown

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) Not following the March Man Act. (Bay County Jail) (01/25/2010 to 02/04/2010)

When I was being transferred to Bay County Jail a nurse at the jail saw that I was in bad shape and made the transferring officer take me to the hospital. I should have never been released from the hospital because it defied the March Man Act. Knowing that I would not be stable without the prescriptions he prescribed, the doctor should not have remanded me back into police custody without the guarantee that I would receive proper medical care and medications. When I met with the nurse in intake I told her that the doctor from the hospital had prescribed me medications for withdraw and that I brought medications for my Raynaud"s disease. She didn't care and said I was going to have a fun time withdrawing in jail and I couldn't get the medications until the doctor saw me. Without my medication (Neurontin) and without the the prescribed medication from the hospital to prevent the DT's there was a very very good chance i was going to have a seizure which from the Jail medical report and the doctors own words , I had a string of seizures.

(2) I was drugged with illegal and unknown substances in Jail (01/2/2010 to 02/04/2010)

(a) Crack Cocaine (Bay County Jail, James Lee Spann, Tom Webber)

When I came too I believe from some kind of shot I awoke in a medical room. There was the first time I saw Dr. Ronald Lippmann. He asked me several questions and told me that I had crack in my system and had a string of seizures. I have never done crack before therefore if the toxicology report that he had was true, which was not in the medical files I received from the Jail, then I was drugged with it. So the seizures either came from not having the prescribed medicine from the hospital, not having my Neurontin, and or the crack I was drugged with.

(b) Drugged with unknown substances (Bay County Jail, Dr. Ronald Lippmann, CIA)

Within those 9 days I was given shots repeatedly. None of the medications on the medical report were in shot form. The medical report medication area was whited out. At one point I heard Dr. Lippmann tell me he was going to give me truth serum. Because of the shots and the fact that the CIA exempted my FOIA on the basis that classified information is exempt, I believe the CIA was involved.

3

## III.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(3) Rape (Bay County Jail, Tom Webber, James Lee Spann, Dr. Ronald D. Lippmann) (01/25/2010 to 02/04/2010)

I could hear cell doors closing but mine did not close. Then I could her inmate Spann talking to the black haired female guard. I don't know what they were saying but they communicated often. I then heard Webber and the female guard calling name for me to come take a shower in the middle of the night. Then Spann was on the top bunk pretending to masturbate with a dildo or some other phallic object obviously trying to torment me. He then looked down and said he was going to go get the female guard. Then the two guards had other inmates come to cell door threatening to rape me. At some point during the night I was raped. I was barley conscious but I could feel something or someone penetrate me. Later on I heard Dr. Lippmann's voice and threatened to rape me with different objects. I was also threatened repeatedly that they would give me an enema just for fun. At some point after they gave me a shot that incapacitated me they tried rapping me again with what felt like pill bottles.   The enema tactic is used by the CIA.

(4) Torture (CIA, Bay County Jail, James Lee Spann, Tom Webber, Dr. Ronald Lippmann) (01/25/2010 to 02/04/2010)

When I was arrested I was told by Jim Healy that he thought I was bringing drugs into the jails and prisons That is absolutely not true. He also said that there was a tri state investigation going on. The fact is I was only a drug addict and never gave away or sold any drugs. Is this why I was enhanced interrogated. When I got to the Jail after the hospital I was taken to A pod, and in front of A pod a guard came by and told me Joy says hi, referring to Joy one of my former employees. I know she had a lot of family that worked there. They put me into a room all the way in the corner of the pod with inmate Spann who was acting very strange. Spann asked me if I wanted a nose jelly sandwich (I don't know what that means). For some reason when we were getting supplies they did not give me a mattresses pad. At that point I was in a lot of pain. There was a conversation between me and inmate Spann and in my weakened state he convinced me to sleep on the floor. I know now that Spann and the Guards intention was that I lay on the floor so that I would see the deplorable acts Spann was going to do. I fell asleep on the floor and I was awoken by two people dressed as guards one being to Webber (had a stitched name tag) who was also

3

### III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

my Panama City Beach Police investigator and best friends with my former manager Matthew Finch, and an approximately 200lb female guard with black hair. I then started to slip in and out of coma. At one point I remember the lights going dim and I could hear cell doors closing but mine did not close. Then I could hear inmate Spann talking with the female guard. I don't know what they were saying but they communicated often. I then heard Officer Webber and the female guard calling my name to come take a shower in the middle of the night. Then Spann was on the top bunk pretending t o masturbate with a dildo or some other phallic object obviously trying to torment me.   He then looked down and said he was going to go get the female guard. Then the two guards had other inmates come to the cell door threatening to rape me. At some point during the night I was raped. I was barley conscious but I could feel some one or something penetrate me anally. When I came too I remember there was the black haired female guard and a guard or possibly Sheriff's deputy who was approximately 240lbs black hair and light brown skin tone standing in the door way. They were speaking to me in a very polite manner defiantly different from the way they had treated me so far, possibly because of the new male deputy with her. She said something to me about contraband and at that time I did'nt know what she was talking about and passed out. Later on something happened and she came into the cell very relived and grabbed a baggie from the floor next to me. The black haired deputy was there and she asked him if he had what he needed. Then after they left Spann said something about there being a special place under the jail for me. He also told me that he was bringing in a hot load and he was pissed at me for something. I believe that when I was raped they might have done it to plant evidence anally on me. Later on that night I remember hearing sounds of jail doors closing over and over again. Then the black haired female guard said something about my shit stinking like everyone else. When I came to from a shot I awoke in a medical room. There was the first time I saw Dr. Ronald Lippmann. He asked me several questions and told me that I had crack in my system and had a string of seizures. I have never done crack therefore if my toxicology report that he had is true that is not in my medical files then I was drugged with it. So the seizures either came from not having the prescribed medicine from the hospital  , not having my Neurontin, and or the crack I was drugged with. Because of the fact I was just rapped and now drugged with crack, not to mention my overall mistrust of the jail, when he asked me if I was suicidal I told him yes. I was then

3

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

moved to Challenger where guards checked my rectum for reasons unknown. When they placed me in the cell they gave me a smock which wasn't big enough to wrap around my body. I remember hearing either Tom Webber or Dr. Lippmann say that I was making it easy on them. The guards then instructed me to sleep on the floor. When I awoke from my sleep like coma there was a lot of screaming from the inmates asking me questions implying that I was responsible for things I have never done (this is a known tactic of CIA enhanced interrogations). One of the inmates was a man named Jacob he was wearing a hospital gown and was screaming at me like I didn't know him. Jacob was my ex fiances sister's boyfriend, who I had not seen in almost a year. I later found out that he had been a guard at the jail. I remember hoe cold it was in those cells, so cold in fact that I could see my own breath and the guards even wore jackets (known tactic of CIA enhanced interrogations). I was approached by a man not wearing a guards uniform and he brought me a power of attorney for my mother which I refused. Later on I saw Matthew Finch and Jim Healy speaking with a man at the front Challenger desk. Throughout the time I was in Challenger it was cold, there was constant screaming and asking me questions, I was changed cells several times, and nurses repeatedly were coming in giving me shots of unknown drugs not in my medical report. When I was moved to the next cell on the bottom of the door was written Obama boy in sharpie with an arrow pointing to the ground were I was told to lay. This could not have been written by an inmate because inmates are not allowed to have sharpies. At one point I heard Dr. Lippmann tell me he was going to give me truth serum (tactic used by the CIA). I know at one point during the enhanced interrogation I told them I would tell them anything they wanted to know as per the medical report. I told them anything that wasn't true that I thought they wanted to hear to try and get them to stop the torment. At one point they placed a man into a cell next to me and gave him an earpiece that fit in the ear from a box. Later on I heard Dr. Lippmann's voice threatening to rape me with different objects. I was also threatened that they would give me an enema. While I was incapacitated from a shot, they tried rapping me with what felt like pill bottles. I also asked for toilet paper several times and they just didn't give me any the entire time I was there. Right before I was taken to medical they were playing loud music over a loud speaker (tactic used by the CIA). Then some one was speaking through it with a lot of reverb sound effect saying the word trip over and over again. I think the pint of this was either to try and convince me that I was tripping or that

3

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

when I would report this whole matter it would sound even more unbelievable even though it is all true. When they moved me to medical approximately a day before I was moved to G-pod the talking and screaming continued especially from two women in a cell next to me. I saw the two women later on in jail and they also turned out to be guards. Also, through the intercom the intercom in the cell I heard Matthew Finch and Kristin McClendon. Kristin my former manager said I should be killed and to "kill" him. When they stopped giving me the shots I was able to stay alert and awake and the interrogation continued until I was finally seen by a doctor. The only phone call I was allowed to have was through a portable phone put in my cell which I believe was another attempt to gain information but I used that phone call to call the state troopers in an attempt to stop the torture. Unfortunately all I got was an answering machine which I did leave a message. To this day I have never got a response from them. During my time in General population I tried to tell some of the other inmates about what happened to me and I was threatened not to say anything. I was also told that if I didn't say anything my case would just be about money. I latter learned my experience was very similar to others who have been through the CIA's enhanced interrogation. I wrote the CIA an FOIA and they responded back saying classified documents are exempt from the Freedom of Information Act.

(5) Planting of evidence (Bay County Jail, James Lee Spann) (01/25/2010 to 02/04/2010)

After I was rapped the first time and regained consciousness the black haired female guard and black haired male deputy told me something about me bringing contraband into the jail. After I passed out and once again regained consciousness the guard and the deputy came in and removed a baggie laying beside me. Then inmate Spann said he was bringing i a hot load and was very mad at me. When I was arrested Jim Healy (loss prevention manager and former state attorney investigator) told me he thought I was responsible for bringing drugs into jails and prisons. I have never sold or distributed a drug in my entire life or brought any kind of contraband in to any jail or prison. Before I was arrested I had never been to a jail or prison.

(6) Allowing non law enforcement and non Bay County Jail law enforcement to have full accesses throughout the Jail. (01/25/2010 to 02/04/2010) Tom Webber was allowed to dress like a guard. Jim Healy and Matthew Finch given accesses.

3

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1) Constitutional

8th Amendment, 14th Amendment

(2) US Code

Title 18 chapter 109A, Title 18 chapter 113C

(3) Florida Law

Title 46 chapter 777.04, Title 46 chapter 794.011, Title 46 chapter 794.027, Title 47 chapter 950.09

(4) Treaties

Geneva Conventions, UN Convention against torture, International Covenant on Civil and Political Rights,

Nuremberg Code

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Medicade to help pay for my PTSD treatment, All classified documents pertaining to me and all classified documents pertaining to programs past and present I have been involved win with or without my knowledge, Prosecution of the individuals and or groups that committed the crimes against me, enforcement of Title 18 chapter 113C for all individuals under American jurisdiction, Financial Restitution

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12/31/2011
(Date)

(Signature of Plaintiff)

Revised 07/02

4

Javeed Attique Qamar
43926 Clinton St.
Marianna, FL 32446



PENSACOLA FL 325
TUE 03 JAN 2012 PM

Clerk, United States District Court
United States Courthouse
30 W. Government St.
Panama City, FL 32401