IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAVEED ATTIQUE QAMAR,

    Plaintiff,

v.                                           CASE NO. 5:12-cv-1-RS-EMT

CENTRAL INTELLIGENCE AGENCY, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5) and Petitioner's Objections (Doc. 9). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk is directed to close the file.

**ORDERED** on March 1, 2012.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**