# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAVEED ATTIQUE QAMAR,

    Plaintiff,

v.                                        CASE NO. 5:12-cv-1-RS-EMT

CENTRAL INTELLIGENCE AGENCY, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The federal claims against all Defendants are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B).

3. The state law claims are **DISMISSED without prejudice** so Plaintiff may pursue them in state court.

4. The clerk is directed to close the file.

**ORDERED** on October 4, 2013.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**